**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWIN DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>LEVAIN BAKERY, INC.,<br><br>Defendant. | Case No. 1:18-cv-12392-DAB<br><br>**AFFIDAVIT OF PLAINTIFF'S COUNSEL** |

I, Joseph H. Mizrahi, declare under penalty of perjury that the parties have entered into a private and confidential settlement on an individual basis, whereby the legal rights of the purported, unnamed class members, as alleged in the complaint, remain unaltered.

Dated: April 8, 2019
        Brooklyn, New York

                                                        Respectfully submitted,

                                                        By: */s/ Joseph H. Mizrahi*
                                                        Joseph H. Mizrahi, Esq.
                                                        Cohen & Mizrahi LLP